

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00035-CR

Benjamin **AGUILERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11731
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: March 20, 2024

DISMISSED

Pursuant to a plea bargain agreement, Benjamin Aguilera pled nolo contendere to aggravated sexual assault of a child. After sentencing Aguilera to ten years in prison, the trial court signed an amended judgment of conviction. The trial court also signed a certification stating that this "is a plea-bargain case, and the defendant has NO right of appeal."

"In a plea bargain case . . . a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, (B) after getting the trial court's permission to appeal, or (C) where the specific appeal is expressly authorized by statute." TEX. R. APP. P.

25.2(a)(2). The clerk's record, which contains a written plea bargain, establishes that the punishment assessed by the trial court did not exceed the punishment recommended by the prosecutor and agreed to by Aguilera. *See id*. The clerk's record does not include a written motion filed and ruled upon before trial; nor does it show that the trial court gave Aguilera permission to appeal. *See id*. Thus, the trial court's certification appears to accurately reflect that this is a plea-bargain case and that Aguilera does not have a right to appeal pursuant to Rule 25.2. *See id*. We must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *See id*. 25.2(d).

We informed Aguilera that this appeal would be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d) unless an amended trial court certification showing that he had the right to appeal was made part of the appellate record. *See id.* 37.1. Aguilera's court-appointed counsel filed a response stating that he asked the trial court to amend its certification and the trial court denied the request. No amended trial court certification has been filed. Accordingly, this appeal is dismissed pursuant to Rule 25.2(d). *See id.* 25.2(d).

PER CURIAM

DO NOT PUBLISH